# EXHIBIT A

# EXHIBIT A

## STEVEN GEBHARD

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Secret Garden | Greatest Hits | 198-948 |
| Virgin Records America, Inc. | Enigma | Gravity Of Love | The Screen Behind The Mirror | 277-091 |
| Arista Records LLC | Sarah McLachlan | Building a Mystery | Surfacing | 243-027 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Tracy Chapman | 92-491 |
| Arista Records LLC | Brooks & Dunn | My Maria | Borderline | 218-735 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| UMG Recordings, Inc. | Counting Crows | Colorblind | This Desert Life | 271-316 |
| UMG Recordings, Inc. | Shaggy | It Wasn't Me | Hot Shot | 286-657 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| Arista Records LLC | Toni Braxton | Let It Flow | Secrets | 233-892 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | King Of Sorrow | Lovers Rock | 298-354 |
| Arista Records LLC | Pink | Don't Let Me Get Me | Don't Let Me Get Me (single) | 309-896 |