# EXHIBIT B

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | | Filename | Artist | Size | Media Type |
|---|---|---|---|---|---|
| | girlblue@KaZaA | Audio - Alternative Rock.kpl | Unknown | 0KB | Audio |
| | girlblue@KaZaA | Audio - Barrington Levy.kpl | Barrington Levy | 1KB | |
| ⊞ | 2 Users | 112 - Anywhere (1).mp3 | 112 | 3,841KB | Audio |
| | girlblue@KaZaA | Audio - Electronica.kpl | Unknown | 0KB | |
| | girlblue@KaZaA | Audio - Folk.kpl | Unknown | 0KB | |
| | girlblue@KaZaA | Jagged Edge - I gotta be the one.mp3 | Jagged Edge | 3,349KB | Audio |
| | girlblue@KaZaA | Audio - Funk.kpl | Unknown | 0KB | |
| | girlblue@KaZaA | Audio - Hip Hop.kpl | Unknown | 1KB | |
| | girlblue@KaZaA | Audio - Jazz.kpl | Unknown | 0KB | |
| | girlblue@KaZaA | Audio - Pop Rock.kpl | Unknown | 0KB | |
| | girlblue@KaZaA | kmd260_en.exe | Sharman Networks Ltd | 6,893KB | Software |
| | girlblue@KaZaA | Aerosmith - Crazy.mp3 | Aerosmith | 2,155KB | Audio |
| | girlblue@KaZaA | Audio - RB.kpl | Unknown | 0KB | |
| | girlblue@KaZaA | Simple Plan- Grow Up.mp3 | Scooby-Doo Soundtrack | 1,860KB | Audio |
| | girlblue@KaZaA | Sade - By Your Side.mpg | Unknown | 45,238KB | Video |
| | girlblue@KaZaA | The Yeah Yeah Yeahs - Maps.mp3 | Yeah Yeah Yeahs | 6,011KB | Audio |
| | girlblue@KaZaA | U2 - One.mpg | Unknown | 37,082KB | Video |
| | girlblue@KaZaA | Audio - Reggae.kpl | Unknown | 0KB | |
| | girlblue@KaZaA | Del Shannon - Runaway.mp3 | Del Shannon | 2,412KB | Audio |
| | girlblue@KaZaA | Chicago - Glory of Love.mp3 | Chicago | 4,116KB | Audio |
| | girlblue@KaZaA | Madonna - Like A Prayer.mp3 | Madonna | 5,473KB | Audio |
| | girlblue@KaZaA | U2 - In the Name of Love.mp3 | U2 | 3,139KB | Audio |
| | girlblue@KaZaA | Soundtracks - Terminator Theme.mp3 | Soundtrack | 3,187KB | Audio |
| | girlblue@KaZaA | Soundtracks Annie - It's The Hard Knock Life.mp3 | Ã·Ñþ·¼ | 2,229KB | Audio |
| | girlblue@KaZaA | Cranberries - Zombie.mp3 | Cranberries | 7,182KB | Audio |
| | girlblue@KaZaA | Dream Theater - Winter.mp2 | Dream Theater | 2,028KB | Audio |
| | girlblue@KaZaA | Dream Theater - Tears.mp2 | Dream Theater | 2,710KB | Audio |
| | girlblue@KaZaA | Bangles - Eternal Flame.mpg | Unknown | 40,127KB | Video |
| | girlblue@KaZaA | Sara Brightman - So Many Things.mp3 | Sarah Brightman | 2,789KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | Sara Brightman - So Many Things.mp3 | Sarah Brightman | 2,789KB | Audio |
| girlblue@KaZaA | Dream Theater - Another Day.mp3 | Dream Theater | 4,118KB | Audio |
| girlblue@KaZaA | Sara Brightman - Seven Seas.mp3 | Sarah Brightman | 3,833KB | Audio |
| girlblue@KaZaA | kazaa270_en.exe | Sharman Networks Ltd | 7,287KB | Software |
| girlblue@KaZaA | 80s top gun-Take my Breath Away berlin.mp3 | Top Gun | 3,947KB | Audio |
| girlblue@KaZaA | Sarah Brightman - Deliver Me.mp3 | Sara Brightman | 3,756KB | Audio |
| girlblue@KaZaA | Sarah Brightman - Memories (Cats).mp3 | Sara Brightman | 4,005KB | Audio |
| girlblue@KaZaA | Uncle Cracker - Follow me-.mp3 | Uncle Kracker | 3,362KB | Audio |
| girlblue@KaZaA | Ah-ha - Take On Me.mpg | Unknown | 41,952KB | Video |
| girlblue@KaZaA | Lost Boys Soundtrack -- Cry Little Sister.MP3 | The Lost Boys Soundtrack | 3,922KB | Audio |
| girlblue@KaZaA | Sara Brightman - Dust In the wind.mp3 | Sara Brightman | 3,469KB | Audio |
| girlblue@KaZaA | Aerosmith - Angel.mp3 | Aerosmith | 7,210KB | Audio |
| girlblue@KaZaA | No More Rain.mp3 | Angie Stone | 8,850KB | Audio |
| girlblue@KaZaA | (Cindi Lauper) -- Girls Jus.mp3 | Cindi Lauper | 4,616KB | Audio |
| 2 Users | OLDIES Dirty Dancing Soundtrack -- Just A Little Bit Longer... | Dirty Dancing | 1,502KB | Audio |
| girlblue@KaZaA | 80s - Cyndi Lauper - (Goonies r) Good Enough.mp3 | Cyndi Lauper | 3,262KB | Audio |
| girlblue@KaZaA | Tight Fit - The Lion Sleeps Tonight.mp3 | 80s | 3,101KB | Audio |
| girlblue@KaZaA | sara brigtman 06 - Free.MP3 | Sarah Brightman | 5,295KB | Audio |
| girlblue@KaZaA | 80s - Hurts So Good.mp3 | John Melloncamp | 4,222KB | Audio |
| girlblue@KaZaA | 80s - Whitesnake - Here I Go Again.mp3 | White Snake | 4,581KB | Audio |
| girlblue@KaZaA | 90s Extreme - More than words.mp3 | Extreme | 5,210KB | Audio |
| girlblue@KaZaA | Enigma - Gravity Of Love.mp3 | Enigma | 3,734KB | Audio |
| girlblue@KaZaA | Bush - Breath In Breath Out.mp3 | Bush | 4,005KB | Audio |
| girlblue@KaZaA | Toni Braxton - Let it flow (1).mp3 | Toni Braxton | 3,132KB | Audio |
| girlblue@KaZaA | The Lord Of The Rings - Into The West.wma | The Lord Of The Rings | 3,425KB | Audio |
| girlblue@KaZaA | Enigma - Return to Innocence.mp3 | Enigma | 6,640KB | Audio |
| girlblue@KaZaA | Tom Petty - Learning to Fly (1).mp3 | Tom Petty | 3,761KB | Audio |
| girlblue@KaZaA | The Child In Us.mp3 | ENIGMA | 4,784KB | Audio |
| girlblue@KaZaA | Enya - May it be.mp3 | Enya | 3,322KB | Audio |

Found 744 files — 2,677,680 users online, sharing 1,369,213,763 files (36,492,286 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | Enya - May it be.mp3 | Enya | 3,322KB | Audio |
| girlblue@KaZaA | Phil Collins - In the Air Tonight (1).mp3 | Phill Colins | 2,528KB | Audio |
| girlblue@KaZaA | 80s-Jefferson Starship - We Built This City.mp3 | 80s | 4,031KB | Audio |
| girlblue@KaZaA | En Vogue - Giving Him Something He Can Feel.mp3 | EnVogue | 3,722KB | Audio |
| girlblue@KaZaA | 80's rock Monster Ballads - 06 - TO BE WITH YOU - Mr. Big… | 80s | 3,916KB | Audio |
| girlblue@KaZaA | Coldplay - Clocks.mp3 | Cold Play | 4,805KB | Audio |
| girlblue@KaZaA | adina howard - Fuck Action.mp3 | dj screw | 1,774KB | Audio |
| girlblue@KaZaA | 80s - Prince Purple Rain (live unplugged).mp3 | Prince | 9,818KB | Audio |
| girlblue@KaZaA | Smallville Music vid Enya - Only Time.wmv | Smallville | 7,306KB | Video |
| girlblue@KaZaA | yazoo - only you (80s version).mp3 | Yazoo | 2,858KB | Audio |
| girlblue@KaZaA | Donell Jones - Life Goes On.mp3 | Donell Jones | 2,788KB | Audio |
| girlblue@KaZaA | 02 Track 2.wma | Jimmy Buffet | 1,994KB | Audio |
| girlblue@KaZaA | 80s - red red wine.mp3 | 80s | 4,903KB | Audio |
| girlblue@KaZaA | Paul Simon - You Can Call Me Al.mp3 | Paul Simon | 4,374KB | Audio |
| girlblue@KaZaA | 90s Bob Marley One Love One Heart.mp3 | Bob Marley | 2,682KB | Audio |
| girlblue@KaZaA | Lincon Park- Crawling.mp3 | Linkin Park | 1,612KB | Audio |
| girlblue@KaZaA | Scarface - The Diary - Goin' Down.mp3 | scarface | 4,200KB | Audio |
| girlblue@KaZaA | Tom Petty - Free Fallin'.mp3 | Tom Petty | 3,924KB | Audio |
| girlblue@KaZaA | 09 Yellow.wma | Coldplay | 2,669KB | Audio |
| girlblue@KaZaA | Aerosmith - Cryin'.mp3 | Tom Petty_the Heartbr… | 4,819KB | Audio |
| girlblue@KaZaA | Sade - By Your Side.mp3 | Sade | 4,285KB | Audio |
| girlblue@KaZaA | Lincon Park - Numb.mp3 | Linkin Park | 2,207KB | Audio |
| girlblue@KaZaA | Elvis Presley - Fools Rush In.mp3 | A | 1,792KB | Audio |
| girlblue@KaZaA | Elton John - I Guess That's Why They Call It The Blues.mp3 | Elton John | 4,420KB | Audio |
| girlblue@KaZaA | bruce springstein - born in the usa (5).mp3 | Bruce Springsteen | 4,393KB | Audio |
| girlblue@KaZaA | Counting Crows - Colorblind.mp3 | Counting Crows | 3,201KB | Audio |
| girlblue@KaZaA | Billy Joel - RiverDreams.mp3 | Billy Joel | 3,838KB | Audio |
| girlblue@KaZaA | The Verve - Bitter Sweet Simphony.mp3 | The Verve | 5,573KB | Audio |
| girlblue@KaZaA | Bruce Springstien - Born To Run.mp3 | 3 | 1,451KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | Bruce Springstien - Born To Run.mp3 | 3 | 1,451KB | Audio |
| girlblue@KaZaA | Air Tonight.mp3 | Phil Collins | 7,125KB | Audio |
| girlblue@KaZaA | Bruce Springstien - Im On Fire.mp3 | Bruce Springstein | 4,130KB | Audio |
| girlblue@KaZaA | Sammy Hagar - Winner Takes It All.mp3 | Sammy Hagar | 3,748KB | Audio |
| girlblue@KaZaA | Coldplay - The Scientist.mp3 | Coldplay | 4,831KB | Audio |
| girlblue@KaZaA | Queen - Princes Of The Universe.mp3 | Queen | 3,394KB | Audio |
| girlblue@KaZaA | Don't forget about me.mp3 | Simple Minds | 4,092KB | Audio |
| girlblue@KaZaA | Queen - Who Wants To Live Forever.mp3 | Queen | 4,651KB | Audio |
| girlblue@KaZaA | Beatles - Yesterday.mp3 | Beatles | 1,955KB | Audio |
| girlblue@KaZaA | 3rd Eye Blind - How Is It Gonna Be.mp3 | Third Eye Blind | 3,971KB | Audio |
| girlblue@KaZaA | Beatles - Imagine.mp3 | The Beatles | 2,874KB | Audio |
| girlblue@KaZaA | Eddie Money - Take Me Home Tonight.mp3 | Eddy Money | 4,274KB | Audio |
| girlblue@KaZaA | Highlander End Game Soundtrack - Track 01.mp3 | Bagpipes-Celtic | 3,536KB | Audio |
| girlblue@KaZaA | Lil Flip - 20 - I Can Do Dat.mp3 | Lil Flip | 3,409KB | Audio |
| girlblue@KaZaA | Cheetah Sisters.kpl | The Cheetah Girls | 0KB | |
| girlblue@KaZaA | Def Lepard - Pour some suga.MP3 | Def Leppard | 3,146KB | Audio |
| girlblue@KaZaA | Girl Power (2).mp3 | Unknown | 1,301KB | Audio |
| girlblue@KaZaA | lil Flip - HOES IN THE CLUB.mp3 | Lil Flip | 4,797KB | Audio |
| girlblue@KaZaA | Def Leppard - Photograph.mp3 | Def Leppard | 3,882KB | Audio |
| girlblue@KaZaA | Def Leppard - Lets Get Rocked.mp3 | Def Leppard | 5,759KB | Audio |
| girlblue@KaZaA | Rocky Soundtrack - Hearts on Fire.mp3 | Rocky Soundtrack | 3,842KB | Audio |
| girlblue@KaZaA | Jay Z - Can I Get A.mp3 | Jay-Z | 5,992KB | Audio |
| girlblue@KaZaA | 07 Friend Or Foe.mp3 | T.I. | 7,486KB | Audio |
| girlblue@KaZaA | Def Leppard - When Love And Hate Colide.mp3 | Def Leppard | 3,928KB | Audio |
| girlblue@KaZaA | Over the Top Soundtrack - In This Country.mp3 | Over the Top Soundtrack | 4,082KB | Audio |
| girlblue@KaZaA | 80's-Pat Benitar-Hit Me With Your Best Shot.mp3 | Joan Jett | 3,062KB | Audio |
| girlblue@KaZaA | Talk Talk - It's My Life.mp3 | Talk Talk | 3,642KB | Audio |
| girlblue@KaZaA | Pink - Just like a pill.mp3 | Pink | 3,695KB | Audio |
| girlblue@KaZaA | hardknock life.mp3 | Jay-Z | 3,259KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| girlblue@KaZaA | hardknock life.mp3 | Jay-Z | 3,259KB | Audio |
| girlblue@KaZaA | Bryan Adams - Everything I Do (1).MP3 | Brian Adams | 3,751KB | Audio |
| girlblue@KaZaA | Depeche Mode - Enjoy The Silence.mp3 | Depeche Mode | 4,086KB | Audio |
| girlblue@KaZaA | Zap - Mega Medley.mp3 | Zapp And Roger | 3,885KB | Audio |
| girlblue@KaZaA | Zapp_Roger - Slow and Easy (1).mp3 | Roger | 4,198KB | Audio |
| girlblue@KaZaA | lorena mckennit - The Two Trees.mp3 | Enigma | 8,604KB | Audio |
| girlblue@KaZaA | Aerosmith- Leaving on a Jetplane-- Remix.mp3 | Aerosmith | 4,085KB | Audio |
| girlblue@KaZaA | Enigma - Meditation.mp3 | ENIGMA | 2,548KB | Audio |
| girlblue@KaZaA | B.Holly - Johnny B. Good.mp3 | Oldies | 2,314KB | Audio |
| girlblue@KaZaA | Oldies - Temptations - Stand By Me.mp3 | BB King | 2,729KB | Audio |
| girlblue@KaZaA | Sting-Field of Dreams .mp3 | Sting | 3,463KB | Audio |
| girlblue@KaZaA | Aaliyah - Try Again(1).mpg | Unknown | 38,233KB | Video |
| girlblue@KaZaA | enigma -the eyes of truth.mp3 | Enigma | 16,973KB | Audio |
| girlblue@KaZaA | Techno - ATB - Ocean Trance.mp3 | Enigma | 4,336KB | Audio |
| girlblue@KaZaA | [Enigma] - Mea Culpa.mp3 | enigma | 6,867KB | Audio |
| girlblue@KaZaA | Enigma - Silent Warrior.mp3 | Enigma | 5,778KB | Audio |
| girlblue@KaZaA | enigma - age of loneliness.mp3 | Enigma | 6,085KB | Audio |
| girlblue@KaZaA | Back to the river of belief.mp3 | ENIGMA | 9,918KB | Audio |
| girlblue@KaZaA | [Lauren Hill] -- That Thing.mp3 | Lauren Hill | 3,758KB | Audio |
| girlblue@KaZaA | Kanye West - Track 20.mp3 | Kanye West | 4,360KB | Audio |
| girlblue@KaZaA | E-40 - One Luv.mp3 | E-40 | 4,818KB | Audio |
| girlblue@KaZaA | E-40 - Da Bumble.mp3 | E-40 | 3,917KB | Audio |
| girlblue@KaZaA | Eric Clapton - Tears In Heaven.mp3 | The Music | 4,314KB | Audio |
| girlblue@KaZaA | The Police - Every breath you take.mpg | Unknown | 40,352KB | Video |
| girlblue@KaZaA | 04-all falls down (3).mp3 | Kanye West | 5,527KB | Audio |
| girlblue@KaZaA | kmd263_en.exe | Sharman Networks Ltd | 6,975KB | Software |
| girlblue@KaZaA | dream theather - Wait for Sleep.mp3 | Dream Theater | 2,373KB | Audio |
| girlblue@KaZaA | Kanye West- Jesus Walk with Me.wma | Kanye West | 4,992KB | Audio |
| girlblue@KaZaA | dream theatre - acid rain.mp3 | Dream Theater | 2,760KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | dream theatre - acid rain.mp3 | Dream Theater | 2,780KB | Audio |
| girlblue@KaZaA | Last Call.mp3 | Kanye West | 11,876KB | Audio |
| girlblue@KaZaA | Kanye West - 6.Spaceship.wma | Kanye West | 5,109KB | Audio |
| girlblue@KaZaA | Copy of 01 - Cowboy Featuring Kokane.mp3 | C-Bo | 4,393KB | Audio |
| girlblue@KaZaA | C-BO - Gas Chamber - 10 - Survival In The Garden.Mp3 | C-Bo | 2,965KB | Audio |
| girlblue@KaZaA | C-BO - C R I P (1).MP3 | C-Bo Ft Tray Dee | 4,062KB | Audio |
| girlblue@KaZaA | cbo -groovin on a sunday.mp3 | C-bo | 4,268KB | Audio |
| girlblue@KaZaA | C BO - murder he writ.mp3 | C-BO | 2,268KB | Audio |
| girlblue@KaZaA | CBo, Lunasicc, Killa Tay, Pizzo - Mafia Life (1).mp3 | C-Bo | 4,312KB | Audio |
| girlblue@KaZaA | C-Bo-Menace.mp3 | C-Bo | 696KB | Audio |
| girlblue@KaZaA | 16-c-bo-i_got_mine-wcr.mp3 | C-Bo | 7,244KB | Audio |
| girlblue@KaZaA | C-BO - We come from tha streets.mp3 | C-BO | 6,410KB | Audio |
| girlblue@KaZaA | C-BO Feat. Pizzo - Ghetto Flight.mp3 | A+ | 3,036KB | Audio |
| girlblue@KaZaA | Mob Fashion.mp3 | C-Bo | 3,824KB | Audio |
| girlblue@KaZaA | 06 - 4.6 feat. killa tay - c-bo - enemy of the state.mp3 | C-Bo | 4,244KB | Audio |
| girlblue@KaZaA | Sound Effect - Machine gun burst_single shots.mp3 | C-BO | 628KB | Audio |
| girlblue@KaZaA | C-Bo - Break um off.mp3 | C-Bo | 5,156KB | Audio |
| girlblue@KaZaA | C-Bo - 08 - Head On Freeway.mp3 | C-Bo | 3,858KB | Audio |
| girlblue@KaZaA | 04-c-bo-hustlin-wcr.mp3 | C-bo | 5,732KB | Audio |
| girlblue@KaZaA | C-Bo - Freestyle.mp3 | C-BO | 6,097KB | Audio |
| girlblue@KaZaA | 12 - 4 Deep.mp3 | C-Bo | 4,352KB | Audio |
| girlblue@KaZaA | 08 - bald head nut - c-bo - gas chamber.mp3 | C-Bo | 2,972KB | Audio |
| girlblue@KaZaA | Box Tops - I'm Your Puppet.mp3 | C-bo | 2,812KB | Audio |
| girlblue@KaZaA | Boyz 2 Men-Song for Mamma.mp3 | C-bo | 4,728KB | Audio |
| girlblue@KaZaA | C Bo - Str8 Killer Remix.mp3 | C-BO | 5,126KB | Audio |
| girlblue@KaZaA | C-Bo - Best of Cbo - Smokin Bomb.mp3 | C-Bo | 3,180KB | Audio |
| girlblue@KaZaA | C-BO-Raised_in_Hell.mp3 | C-BO | 2,050KB | Audio |
| girlblue@KaZaA | CBO - 187 Dance.mp3. | C-BO | 3,838KB | Audio |
| girlblue@KaZaA | Boys Two Men - I Swear.mp3 | C-bo | 4,268KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,286 GB) | Not sharing any files