**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Download | Shop | Traffic | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | mclaren.GIF | Unknown | 0KB | Image |
| girlblue@KaZaA | mercedes.GIF | Unknown | 0KB | Image |
| girlblue@KaZaA | mosler.GIF | Unknown | 2KB | Image |
| girlblue@KaZaA | Panoz.GIF | Unknown | 9KB | Image |
| girlblue@KaZaA | porsche.GIF | Unknown | 10KB | Image |
| girlblue@KaZaA | saleenlogo.GIF | Unknown | 9KB | Image |
| girlblue@KaZaA | support.GIF | Unknown | 9KB | Image |
| girlblue@KaZaA | support_head.GIF | Unknown | 33KB | Image |
| girlblue@KaZaA | support_red.GIF | Unknown | 2KB | Image |
| girlblue@KaZaA | tips.GIF | Unknown | 4KB | Image |
| girlblue@KaZaA | tips_head.GIF | Unknown | 24KB | Image |
| girlblue@KaZaA | tips_red.GIF | Unknown | 2KB | Image |
| girlblue@KaZaA | trkcar.GIF | Unknown | 4KB | Image |
| girlblue@KaZaA | trkcar_head.GIF | Unknown | 27KB | Image |
| girlblue@KaZaA | trkcar_red.GIF | Unknown | 2KB | Image |
| girlblue@KaZaA | vectorlogo.GIF | Unknown | 0KB | Image |
| girlblue@KaZaA | control.GIF | Unknown | 6KB | Image |
| girlblue@KaZaA | control_head.gif | Unknown | 33KB | Image |
| girlblue@KaZaA | control_red.GIF | Unknown | 1KB | Image |
| girlblue@KaZaA | credits_head.GIF | Unknown | 23KB | Image |
| girlblue@KaZaA | support.GIF | Unknown | 9KB | Image |
| girlblue@KaZaA | support_head.GIF | Unknown | 33KB | Image |
| girlblue@KaZaA | support_red.GIF | Unknown | 2KB | Image |
| girlblue@KaZaA | tips.GIF | Unknown | 4KB | Image |
| girlblue@KaZaA | tips_head.GIF | Unknown | 24KB | Image |
| girlblue@KaZaA | tips_red.GIF | Unknown | 1KB | Image |
| girlblue@KaZaA | trkcar.GIF | Unknown | 4KB | Image |
| girlblue@KaZaA | trkcar_head.GIF | Unknown | 27KB | Image |
| girlblue@KaZaA | trkcar_red.GIF | Unknown | 2KB | Image |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | trkcar_red.GIF | Unknown | 2KB | Image |
| girlblue@KaZaA | 90turn.gif | Unknown | 4KB | Image |
| girlblue@KaZaA | constant.gif | Unknown | 5KB | Image |
| girlblue@KaZaA | double.gif | Unknown | 4KB | Image |
| girlblue@KaZaA | fastturn.gif | Unknown | 4KB | Image |
| girlblue@KaZaA | hairpin.gif | Unknown | 6KB | Image |
| girlblue@KaZaA | opening.gif | Unknown | 4KB | Image |
| girlblue@KaZaA | sturn.gif | Unknown | 5KB | Image |
| girlblue@KaZaA | tightening.gif | Unknown | 4KB | Image |
| girlblue@KaZaA | autorun.exe | Indigo Rose Corporation | 164KB | Software |
| girlblue@KaZaA | J ArmZ - Free instrumental- Freeway.mp3 | J ArmZ | 3,195KB | Audio |
| girlblue@KaZaA | Willie Nelson - Always On My Mind.mp3 | Willie Nelson | 2,496KB | Audio |
| girlblue@KaZaA | Papa Roach - Last Resort.mp3 | Papa Roach | 4,586KB | Audio |
| girlblue@KaZaA | instrumentals - jayz ft.mp3 | Jay Z feat. Eminem | 3,028KB | Audio |
| girlblue@KaZaA | Mase - Welcome Back (Instrumental).mp3 | A | 2,287KB | Audio |
| girlblue@KaZaA | Gangsta.wma | A+ | 2,043KB | Audio |
| girlblue@KaZaA | Cassidy_Swizz Beatz-Hold That(Instrumental).mp3 | Instrumentals | 6,078KB | Audio |
| girlblue@KaZaA | 03 - Tell Me.mp3 | Dru Hill | 2,970KB | Audio |
| girlblue@KaZaA | Dru Hill - Never Make A Promise.mp3 | Dru Hill | 4,782KB | Audio |
| girlblue@KaZaA | KIRK FRANKLIN-SOMETHING ABOUT THAT NAME JESUS.m... | Kirk Franklin | 5,742KB | Audio |
| girlblue@KaZaA | Gospel - Kirk Franklin-The Nu Nation Project - Riverside.wma | a+ | 2,580KB | Audio |
| girlblue@KaZaA | 80s.kpl | Guns N' Roses | 0KB | |
| girlblue@KaZaA | hype.kpl | lil john and young buck | 0KB | |
| girlblue@KaZaA | The streets of philidelphia.kpl | Bruce Springstien | 0KB | |
| girlblue@KaZaA | k.kpl | 80s | 0KB | |
| girlblue@KaZaA | Tech Nine - Here Comes Tecca Nina.mp3 | Tech N9ne | 1,224KB | Audio |
| girlblue@KaZaA | Tech Nine - Im A Playa.mp3 | TECH N9NE | 4,668KB | Audio |
| girlblue@KaZaA | Tech Nine - Soldiers At War.mp3 | 3 | 4,549KB | Audio |
| girlblue@KaZaA | Tech Nine-Slacker.wma | A+ | 2,025KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | Tech Nine-Slacker.wma | A+ | 2,025KB | Audio |
| girlblue@KaZaA | Tech N9ne - Im A Player.MP3 | Tech N9ne | 2,039KB | Audio |
| girlblue@KaZaA | Cassidy- Jadakiss Beat Full Freestyle.wma | A+ | 1,682KB | Audio |
| girlblue@KaZaA | Track 6 CASSIDY 06 (1).wma | A+ | 1,099KB | Audio |
| girlblue@KaZaA | Cassidy - Freestyle 3.wma | 3 | 1,682KB | Audio |
| girlblue@KaZaA | Tech N9ne - Absolute Power Snippet - 02 - Industry Is Pun... | Tech N9ne | 4,288KB | Audio |
| girlblue@KaZaA | hip hop_r'n'b megamix 4.mp3 | Jay-Z,PuffDaddy,TLC,DM... | 12,772KB | Audio |
| girlblue@KaZaA | resurrection soundtrack-ghost-tupac.mp3 | tupac | 2,579KB | Audio |
| girlblue@KaZaA | 2Pac - Pray 4 Me (Dear Mama 2 Unreleased).mp3 | Tupac | 2,706KB | Audio |
| girlblue@KaZaA | TuPac_snoop_doggy_dog_-_hypnotize_(remix).mp3 | 2pac_snopp_dogg | 3,315KB | Audio |
| girlblue@KaZaA | Spice 1 - Jealousy Got Me Strapped.mp3 | Spice One Feat. Tupac | 4,312KB | Audio |
| girlblue@KaZaA | Bone Thugs N Harmony f. Tupac - Thug Love.mp3 | Tupac w/ Bone Thugs | 4,800KB | Audio |
| girlblue@KaZaA | Tupac, Layzie_Krayzie - AK47.Mp3 | 2pac feat Bone Thugz | 2,377KB | Audio |
| girlblue@KaZaA | Tupac - Friend Like Me (Unreleased).mp3 | 2Pac | 3,660KB | Audio |
| girlblue@KaZaA | Tupac_Biggy Smalls_, Freestyle.mp3 | G Unit | 3,479KB | Audio |
| girlblue@KaZaA | 2pac - Troublesome 96.mp3 | tupac | 4,305KB | Audio |
| girlblue@KaZaA | Adam Sandler - Fucking Wasted.mp3 | Adam Sandler | 3,851KB | Audio |
| girlblue@KaZaA | Adam Sandler - Cock and Balls.mp3 | Adam Sandler | 4,423KB | Audio |
| girlblue@KaZaA | Highlander End Game Soundtrack - Track 01 (1).mp3 | Bagpipes-Celtic | 3,536KB | Audio |
| girlblue@KaZaA | Audio - Fine Arts Militia-Album.kpl | Fine Arts Militia | 1KB | |
| girlblue@KaZaA | u2 - with or with out you.mp3 | U2 | 3,504KB | Audio |
| girlblue@KaZaA | O Brother, Where Art Thou - Down In The River To Pray.m... | Oxford American Souther... | 2,728KB | Audio |
| girlblue@KaZaA | Dan Hill - It's a Long Road (First Blood ED).mp3 | Dan Hill | 3,141KB | Audio |
| girlblue@KaZaA | dream theater - comfortably numb.mp3 | Dream Theater | 6,204KB | Audio |
| girlblue@KaZaA | Smashing Pumpkins - Disarm.mp3 | Smashing Pumpkins | 3,062KB | Audio |
| girlblue@KaZaA | Jefferson Airplane - Starship - Nothing Is Going To Stop Us... | Starship | 4,311KB | Audio |
| girlblue@KaZaA | Lionel Richey - Hello.MP3 | Lionel Richie | 3,900KB | Audio |
| girlblue@KaZaA | Sara Brightman - Platnum 14 (1).mp3 | Sarah Brightman | 4,106KB | Audio |
| girlblue@KaZaA | Survivor - Eye Of The Tiger.mp3 | Survivor | 3,811KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | Survivor - Eye Of The Tiger.mp3 | Survivor | 3,811KB | Audio |
| girlblue@KaZaA | Jodeci - Freakin' You.mp3 | Jodeci | 4,923KB | Audio |
| girlblue@KaZaA | Theme from Pretty Woman - King Of wishful Thinking.mp3 | 80s | 3,816KB | Audio |
| girlblue@KaZaA | 80s-Omd - Touch You Once, Touch You Twice (1).mp3 | 80's | 3,582KB | Audio |
| girlblue@KaZaA | Jodeci - Feenin'.mp3 | Jodeci | 4,862KB | Audio |
| girlblue@KaZaA | Pop Music - Bangels - Cruel Summer.MP3 | Bangles | 3,223KB | Audio |
| girlblue@KaZaA | 80s-INOJ Time After Time (Techno remix).mp3 | INOJ | 3,180KB | Audio |
| girlblue@KaZaA | Bush - Glycerine.mp3 | Bush | 4,057KB | Audio |
| girlblue@KaZaA | 16.mp3 | Lord Of The Rings | 7,333KB | Audio |
| girlblue@KaZaA | Tom Petty - Roll Another Joint.mp3 | Tom Petty | 4,523KB | Audio |
| girlblue@KaZaA | Los Lobos - La Bamba.mp3 | Los Lobos | 4,399KB | Audio |
| girlblue@KaZaA | REO Speedwagon - St Elmos Fire.mp3 | REO Speedwagon | 2,588KB | Audio |
| girlblue@KaZaA | 80s - Modern English - I'll Melt With You.mp3 | Modern English | 3,752KB | Audio |
| girlblue@KaZaA | get_a_job.mp3 | Offspring | 3,273KB | Audio |
| girlblue@KaZaA | Guns n Roses - November Rain.mpg | Guns 'n Roses | 109,577KB | Video |
| girlblue@KaZaA | Sarah McLachlan - Building A Mystery.mp3 | Sarah McLachlan | 3,864KB | Audio |
| girlblue@KaZaA | Heart - These Dreams.mp3 | Heart | 3,995KB | Audio |
| girlblue@KaZaA | Boys II Men-You Are My Everyting.mp3 | Dru Hill | 4,301KB | Audio |
| girlblue@KaZaA | Meatloaf_Bonnie - Total Eclipse of The Heart.mp3 | Meatloaf_Bonnie | 4,208KB | Audio |
| girlblue@KaZaA | UB40 - Fools Rush In.mp3 | UB40 | 3,180KB | Audio |
| girlblue@KaZaA | Monica - So Gone.mp3 | Monica | 3,219KB | Audio |
| girlblue@KaZaA | Red Hot Chili Peppers - Under the Bridge.mpg | Red Hot Chili Peppers | 44,560KB | Video |
| girlblue@KaZaA | Brian Adams - Everything I Do I Do For You.mp3 | Bryan Adams | 6,150KB | Audio |
| girlblue@KaZaA | Audio - Public Enemy Revolverlution Album.kpl | Public Enemy | 3KB | |
| girlblue@KaZaA | Audio - The Honey Palace Album.kpl | The Honey Palace | 1KB | |
| girlblue@KaZaA | Bruce Springstien - I'm on Fire.mp3 | Bruce Springstein | 2,210KB | Audio |
| girlblue@KaZaA | toploader - dancing in the moonlight (a walk to remember o... | A Walk To Remember | 3,634KB | Audio |
| girlblue@KaZaA | En Vogue-Yesterday.mp3 | EnVogue | 2,380KB | Audio |
| girlblue@KaZaA | Bruce Springstien - This Guns For Hire.mp3 | Bruce Springstein | 3,799KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | Bruce Springstien - This Guns For Hire.mp3 | Bruce Springstein | 3,799KB | Audio |
| girlblue@KaZaA | Blink 182 - All The Small Things.mp3 | Blink 182 | 2,628KB | Audio |
| girlblue@KaZaA | Toni Braxton - Just Be A Man About It.mp3 | Toni Braxton | 4,512KB | Audio |
| girlblue@KaZaA | Mary J.mp3 | Mary J. Blige | 2,656KB | Audio |
| girlblue@KaZaA | Haddaway - What Is Love.mp3 | Haddaway | 4,236KB | Audio |
| girlblue@KaZaA | Def Leppard - Love Bites.mp3 | Def Leppard | 5,422KB | Audio |
| girlblue@KaZaA | Enigma - Return To Innocence.mpg | Enigma | 66,703KB | Video |
| 2 Users | White Snake - Here I Go Again.mp3 | White Snake | 3,754KB | Audio |
| girlblue@KaZaA | Meatloaf - 2 Out Of 3 Aint Bad.mp3 | Meatloaf | 3,813KB | Audio |
| girlblue@KaZaA | Dune 2000.exe | Westwood | 60,685KB | Software |
| girlblue@KaZaA | 32-lil_flip-game_over-whoa.mp3 | Lil' Flip | 3,406KB | Audio |
| girlblue@KaZaA | ngmix (1).mp3 | Adina howard | 5,617KB | Audio |
| girlblue@KaZaA | Rent - One Song Glory (2).mp3 | Rent | 2,560KB | Audio |
| girlblue@KaZaA | lil Flip - The Way We Ball.mp3 | Lil Flip | 4,456KB | Audio |
| girlblue@KaZaA | Lenny Kravits - Agian.mp3 | Lenny Kravits | 3,599KB | Audio |
| girlblue@KaZaA | Aerosmith - Janie's Got A Gun.mp3 | Aerosmith | 5,166KB | Audio |
| girlblue@KaZaA | Zapp and Roger - I Wanna Be Your Man (7) (1).MP3 | Love n' Basketball Soundt... | 3,870KB | Audio |
| girlblue@KaZaA | zap_roger - do wah did he.mp3 | Zapp and Roger | 3,506KB | Audio |
| girlblue@KaZaA | Over the Top Soundtrack - Kenny Loggins - Meet Me Half ... | Kenny Loggins | 3,440KB | Audio |
| girlblue@KaZaA | Nsync - Leavin On A Jetplane.mp3 | Justin Timberlake | 4,723KB | Audio |
| girlblue@KaZaA | Glory Soundtrack 10 - james horner - charging fort wagner... | James Horner | 2,671KB | Audio |
| girlblue@KaZaA | Tupac-I Wonder If Heaven Got A Ghetto.mp3 | Tupac | 4,394KB | Audio |
| girlblue@KaZaA | 05-ginuwine-in_those_jeans-0mni.mp3 | Ginuwine | 5,707KB | Audio |
| girlblue@KaZaA | Meatloaf [Video] - I Would Do Anything For Love.mpg | Meatloaf | 78,750KB | Video |
| girlblue@KaZaA | Pink - 02 - Don't Let Me Get Me.mp3 | Pink | 4,937KB | Audio |
| girlblue@KaZaA | Madonna - Like a prayer.mpg | Madonna | 63,419KB | Video |
| girlblue@KaZaA | (Genuwine) - So Anxious.mp3 | Ginuwine | 3,754KB | Audio |
| girlblue@KaZaA | Sugar Sugar.mp3 | Baby Beesh_Frankie J | 3,444KB | Audio |
| girlblue@KaZaA | Glory Soundtrack_04 - james horner - forming the regiment... | James Horner | 5,120KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | Glory Soundtrack 04 - james horner - forming the regiment... | James Horner | 5,120KB | Audio |
| girlblue@KaZaA | kanyewestallfallsdown.mp3 | Kanye West ft Lauren Hill | 8,512KB | Audio |
| girlblue@KaZaA | I Wanna Love You - Donnel Jones..mp3 | Donell Jones | 3,024KB | Audio |
| girlblue@KaZaA | Joan Jett - Crimson_Clover.mpg | Joan Jett | 32,347KB | Video |
| girlblue@KaZaA | 709 Nes Nintendo Games + Emulators.exe | preserve the past | 75,074KB | Software |
| girlblue@KaZaA | Oldies - Dion and the Belmonts- The Wanderer.mp3 | Dion and the Belmonts | 2,490KB | Audio |
| girlblue@KaZaA | Oldies Temptations - Oh, What a Night.mp3 | The Temtations | 2,945KB | Audio |
| girlblue@KaZaA | Drifters - This Magic Moment - Oldies 50s_60s.mp3 | Drifters | 2,548KB | Audio |
| girlblue@KaZaA | oldies - lean on me.mp3 | Cold | 3,550KB | Audio |
| girlblue@KaZaA | Tom Petty_The Heartbreakers - Don't Come Around Here... | Tom Petty | 45,272KB | Video |
| girlblue@KaZaA | Aaliyah - One In A Million.mpg | Aaliyah | 51,614KB | Video |
| girlblue@KaZaA | pop 80's music - Heaven is a place on earth.mp3 | 80s Music | 1,676KB | Audio |
| girlblue@KaZaA | Aaliyah - 4 Page Letter.mpg | Aaliyah | 66,776KB | Video |
| girlblue@KaZaA | Lionel Richie - Night Shift (Commodores).mp3 | Lionel Ritchie | 4,738KB | Audio |
| girlblue@KaZaA | Uncle Cracker - Drift Away.mp3 | Uncle Kracker | 3,999KB | Audio |
| girlblue@KaZaA | Oldies--60's The Archies - Sugar, Sugar.mp3 | The Archies | 2,623KB | Audio |
| girlblue@KaZaA | Commodores - Jesus Is Love.mp3 | The Commodores | 4,684KB | Audio |
| girlblue@KaZaA | Duran Duran - Hungry Like A Wolf.mp3 | Duran Duran | 3,456KB | Audio |
| girlblue@KaZaA | Commodores - End les Love.mp3 | Lionel Richie | 4,178KB | Audio |
| girlblue@KaZaA | Vanity6-°°°Nasty Girl.mp3 | Vanity Six | 4,919KB | Audio |
| girlblue@KaZaA | Elton John - Goodbye Yellow Brick Road.mp3 | Elton John | 3,318KB | Audio |
| girlblue@KaZaA | Billy Joel - We Didn't Start the Fire.mp3 | Billy Joel | 4,544KB | Audio |
| girlblue@KaZaA | Bruce Springsteen - Secret Garden.mp3 | Bruce Springstein | 4,189KB | Audio |
| girlblue@KaZaA | Van Hallen - Jump.mp3 | Van Hallen | 3,773KB | Audio |
| girlblue@KaZaA | U2 - Walk On.mpg | U2 | 55,130KB | Video |
| girlblue@KaZaA | sergio mendes - never gonna let you go.mp3 | Sergio Mendes | 4,982KB | Audio |
| girlblue@KaZaA | southside-ashantift.lloyd.mp3 | Lloyd ft Ashanti | 6,598KB | Audio |
| girlblue@KaZaA | Bruce Springstein - Glory Days.mp3 | Bruce Springstein | 4,035KB | Audio |
| girlblue@KaZaA | Enigma - By_the_moon.mp3 | Enigma | 3,601KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | Enigma - By_the_moon.mp3 | Enigma | 3,801KB | Audio |
| girlblue@KaZaA | nitty-nasty girl.mp3 | nitty | 1,870KB | Audio |
| girlblue@KaZaA | Enigma - Sadness.mp3 | Enya - Enigma | 3,999KB | Audio |
| girlblue@KaZaA | Enigma - Indian chanting.mp3 | 3 | 4,162KB | Audio |
| girlblue@KaZaA | 11_Following_the_Sun-quick.mp3 | Enigma | 8,156KB | Audio |
| girlblue@KaZaA | cbo- Murder Man.mp3 | C-Bo | 4,182KB | Audio |
| girlblue@KaZaA | Lauryn Hill Acapella.mp3 | Lauryn Hill | 3,807KB | Audio |
| girlblue@KaZaA | C-BO - Forever Thug Life.mp3 | C-Bo, San Quinn | 4,974KB | Audio |
| girlblue@KaZaA | FP - CBo- 1.mp3 | C-BO | 2,944KB | Audio |
| girlblue@KaZaA | Lauryn Hill - Oh Pretty Baby.mp3 | Lauryn Hill | 2,595KB | Audio |
| girlblue@KaZaA | Lauren Hill Feat. D'Angelo - Nothing Even Matters.mp3 | Lauryn feat D'Angelo | 5,464KB | Audio |
| girlblue@KaZaA | picture me ballin.mp3 | C-BO | 3,112KB | Audio |
| girlblue@KaZaA | Donnel Jones--This Luv.mp3 | Donell Jones | 3,900KB | Audio |
| girlblue@KaZaA | Eddy Money - Take Me Home Tonight.mp3 | Various Artists | 2,482KB | Audio |
| girlblue@KaZaA | Celly Cell and C-Bo-Ride.mp3 | C-Bo | 3,650KB | Audio |
| girlblue@KaZaA | c-bo_crippin feat. daz.mp3 | C-Bo | 4,912KB | Audio |
| girlblue@KaZaA | CBO - Tales From The Crypt.mp3 | C-bo | 4,882KB | Audio |
| girlblue@KaZaA | C-BO - Straight Killa.mp3 | C-Bo | 5,797KB | Audio |
| girlblue@KaZaA | 03 - Fountains Of Wayne - Stacys Mom.mp3 | Fountains Of Wayne | 4,645KB | Audio |
| girlblue@KaZaA | hollow tip - big tyme ft c bo.mp3 | Hollow Tip | 5,924KB | Audio |
| girlblue@KaZaA | Bobby Brown - Rock Wit'cha.mp3 | C-bo | 4,512KB | Audio |
| girlblue@KaZaA | 1985.mp3 | Bowling for Soup | 2,664KB | Audio |
| girlblue@KaZaA | dmx, master p, method man - ruff ryders anthem (remix)..... | DMX | 3,146KB | Audio |
| girlblue@KaZaA | Bonnie Tyler - I Need A Hero.mp3 | Bonnie Tyler | 5,469KB | Audio |
| girlblue@KaZaA | Dream Theatre - Disappear (1).mp3 | Dream Theater | 6,283KB | Audio |
| girlblue@KaZaA | 80's - hurts so good.mp3 | John Mellencamp | 4,222KB | Audio |
| girlblue@KaZaA | Velvet Underground - Crimson and Clover.mp3 | Simon And Garfunkle | 4,443KB | Audio |
| girlblue@KaZaA | 10-dmx-fuck_yall-rns.mp3 | DMX | 5,244KB | Audio |
| girlblue@KaZaA | Brotha Lynch Hung - One Mo Pound.mp3 | Brotha Lynch Hung | 4,521KB | Audio |

Found 744 files                2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB)   Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | Brotha Lynch Hung - One Mo Pound.mp3 | Brotha Lynch Hung | 4,521KB | Audio |
| girlblue@KaZaA | brother lynch hung -situation on dirty.mp3 | Brotha Lynch Hung | 2,432KB | Audio |
| girlblue@KaZaA | Brother lynch - Wanna Get High.mp3 | Brotha Lynch Hung | 2,894KB | Audio |
| girlblue@KaZaA | Moody Blues - Dust in the wind.mp3 | Kansas | 3,774KB | Audio |
| girlblue@KaZaA | Righteous Brothers - Unchained Melody.mp3 | Righteous Brothers | 3,421KB | Audio |
| girlblue@KaZaA | 70s-Johnny Nash- I Can See Clearly Now.mp3 | 3 | 2,570KB | Audio |
| girlblue@KaZaA | Jaheim - 07 - Me and My Bitch - simplemp3s.mp3 | Jaheim | 4,673KB | Audio |
| girlblue@KaZaA | DRS - Gangsta Lean.mp3 | DRS | 5,071KB | Audio |
| girlblue@KaZaA | Sade  - King or Sorrow.mp3 | Sade | 4,577KB | Audio |
| girlblue@KaZaA | Sade - Jezebel.mp3 | mp3 | 5,073KB | Audio |
| girlblue@KaZaA | Sade - No Ordinary Love.mp3 | Sade | 6,868KB | Audio |
| girlblue@KaZaA | Floetry - say yes (1).mp3 | Floetry | 6,291KB | Audio |
| girlblue@KaZaA | ROSES-OUTKAST.mov | Outkast | 20,958KB | Video |
| girlblue@KaZaA | Sade - I'll Be There.mp3 | Sade | 4,285KB | Audio |
| girlblue@KaZaA | Instrumental - Kenny G - Sade.mp3 | Kenny G | 5,422KB | Audio |
| girlblue@KaZaA | Silk - Meeting in my bedroom.mp3 | Swisha House-Silk | 4,361KB | Audio |
| girlblue@KaZaA | Sade - By Your Side (1).mp3 | Sade | 6,390KB | Audio |
| girlblue@KaZaA | sade - by your side (neptunes remix).mp3 | Sade | 5,625KB | Audio |
| girlblue@KaZaA | Boys II Men - Water Runs Dry.mp3 | Boys II Men | 3,160KB | Audio |
| girlblue@KaZaA | RAP - Mya_Silk - Movin' On (Video).mpg | Mya_Silk The Shocker | 51,663KB | Video |
| girlblue@KaZaA | Boys 2 Men - Im down on bended knees.mp3 | Boyz 2 men | 5,140KB | Audio |
| girlblue@KaZaA | Force MDs - Tender Love.mp3 | Force MD's | 3,946KB | Audio |
| girlblue@KaZaA | 2Pac_Young Buck-Help Me Change.mp3 | 2Pac_Young Buck | 2,808KB | Audio |
| girlblue@KaZaA | Buster Rymes F. Janet Jackson - Whats It Gonna Be.mp3 | Busta Rhymes ft. Janet J… | 5,068KB | Audio |
| girlblue@KaZaA | Damita Jo 10 All Nite (Don't Stop) Janet Jackson.mp3 | Janet Jackson | 2,858KB | Audio |
| girlblue@KaZaA | lil_mo-21_answers.mp3 | 21 Answers | 3,268KB | Audio |
| girlblue@KaZaA | 36 mafia- fuck yall ho's (1).mp3 | Three 6 Mafia | 3,744KB | Audio |
| girlblue@KaZaA | 2 Pac - Fuck All Yall.mp3 | 2Pac | 4,248KB | Audio |
| girlblue@KaZaA | Scarface feat. Mr.mp3 | Scarface, Tela, Too Short | 4,418KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| girlblue@KaZaA | Scarface feat. Mr.mp3 | Scarface, Tela, Too Short | 4,418KB | Audio | |
| girlblue@KaZaA | Drunken Master - 50 Niggaz Deep.MP3 | Drunken Masters | 1,765KB | Audio | Lil' |
| girlblue@KaZaA | Instrumentals - Tupac - Lil Homiez (Instrumental).mp3 | Makaveli | 994KB | Audio | King of Sou |
| girlblue@KaZaA | 2pac - Sade - King of Sorrow Remix with 2Pac (Baby Don't … | Sade-2pac | 5,955KB | Audio | |
| girlblue@KaZaA | Roxette - Listen To Your Heart.mp3 | Roxette | 5,121KB | Audio | |
| girlblue@KaZaA | Bobby Darin - Dream Lover.mp3 | Bobby Darin | 2,369KB | Audio | |
| girlblue@KaZaA | Sixpence none the richer - dont dream its over.mp3 | Sixpence None the Richer | 5,713KB | Audio | All I He |
| girlblue@KaZaA | Oldies - Dream.mp3 | Paul Anka | 2,161KB | Audio | |
| girlblue@KaZaA | kirk Franklin - he's able (1) (3).mp3 | Kirk Franklin | 4,792KB | Audio | COOL ED |
| girlblue@KaZaA | Cool Edit Pro 2setup.exe | BROOKLYNS FINEST | 19,805KB | Software | |
| girlblue@KaZaA | enigma-meditation.MP3 | Enigma | 5,444KB | Audio | |
| girlblue@KaZaA | Roxette - Joyride.mp3 | Roxette | 4,102KB | Audio | |
| girlblue@KaZaA | Fruity Loops 3 Full Final (17,439,821).exe | FULL VERSION | 17,069KB | Software | Programs - Frui |
| girlblue@KaZaA | dave chapelle -killing them softly.avi | movies | 356,352KB | Video | |
| girlblue@KaZaA | Kirk Franklin with Bishop T.D. Jakes - 911.mp3 | Kirk Franklin/T.D. Jakes | 4,148KB | Audio | Ho |
| girlblue@KaZaA | 06-j-kwon-hood_hop_(instrumental)-fua.mp3 | J-Kwon | 5,743KB | Audio | |
| girlblue@KaZaA | Cool Edit Pro 2.0 With Serial And Add Ons.exe | www.syntrillium.com | 21,319KB | Software | Cool Edit Pro 2.0 With |
| girlblue@KaZaA | Instrumentals-gladiator_-_perfect_battle.mp3 | rockwise productions - ra… | 3,701KB | Audio | gladiator -perfect |
| girlblue@KaZaA | Human League - Always Something There To Remind Me.m… | Simple Minds | 3,464KB | Audio | 80's Hits - Always Something |
| girlblue@KaZaA | t.I.mp3 | T.I. Ft Twista | 5,958KB | Audio | Rub |
| girlblue@KaZaA | ti_and_psc-17-im_so_high-ah (1).mp3 | T.I. | 6,277KB | Audio | |
| girlblue@KaZaA | 06-lets_get_away-lfs.mp3 | T.I. | 6,493KB | Audio | |
| girlblue@KaZaA | TI - Lets Get Away.mp3 | T I | 4,328KB | Audio | |
| girlblue@KaZaA | Eight Ball and MJG - Paid Dues (feat. Cee-Lo of Goodie Mob.. | Eightball_M-J-G. | 4,888KB | Audio | Paid Dues (feat. Cee |
| girlblue@KaZaA | Notorious BIG - Ready To Die - One More Chance.mp3 | Biggie Smalls | 4,350KB | Audio | |
| girlblue@KaZaA | Big Tymers - How U Luv That - 07 - Cutlass, Monte Carlo's,… | Big Tymers | 5,545KB | Audio | Cutlass, Monte Carlo's, Rega |
| girlblue@KaZaA | Big Tymers - How U Luv That (1).mp3 | BIG TYMERS | 3,429KB | Audio | |
| girlblue@KaZaA | Big Tymers- Millionaires Dream.mp3 | Big Tymers | 5,056KB | Audio | Millionaire Dream - (Pla |
| girlblue@KaZaA | instrumental-Tupac - Hail Mary.mp3 | Instrumentals | 2,850KB | Audio | Ha |

2,677,680 users online, sharing 1,369,213,763 files (36,492,286 GB) | Not sharing any files

Found 744 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | instrumental-Tupac - Hail Mary.mp3 | Instrumentals | 2,850KB | Audio |
| girlblue@KaZaA | Tupac - Pain (Instrumental).mp3 | instrumentals | 3,436KB | Audio |
| girlblue@KaZaA | Monica--You should have know better.mp3 | Monica | 6,044KB | Audio |
| girlblue@KaZaA | Linking Park - End.mp3 | Linkin Park | 2,536KB | Audio |
| girlblue@KaZaA | jon b - now that im with you.mp3 | Jon B | 6,044KB | Audio |
| girlblue@KaZaA | Hoobastank - The Reason.wma | Hoobastank | 4,601KB | Audio |
| girlblue@KaZaA | Madonna - Material Girl.mp3 | Madonna | 3,647KB | Audio |
| girlblue@KaZaA | Instrumentals- Jay Z - Song Cry.mp3 | jayz | 6,027KB | Audio |
| girlblue@KaZaA | Tiffany - I Think We're Alone Now.mp3 | Tiffany | 3,520KB | Audio |
| girlblue@KaZaA | Poison - Every Rose Has Its Thorn.mp3 | Poison | 4,084KB | Audio |
| girlblue@KaZaA | Whitesnake - Is this Love(1).mp3 | White Snake | 4,448KB | Audio |
| girlblue@KaZaA | Cinderella-Nobodys Fool.mp3 | Cinderella | 4,544KB | Audio |
| girlblue@KaZaA | Paul Young - Everytime You Go Away.mp3 | Paul Young | 4,174KB | Audio |
| girlblue@KaZaA | 50cent - high all the time Instrumental.mp3 | Instrumentals | 4,331KB | Audio |
| girlblue@KaZaA | Instrumentals - Lil Jon - Bia Bia (Instrumental).mp3 | Instrumental | 1,645KB | Audio |
| girlblue@KaZaA | Puff Daddy feat. the Neptunes - Instrumental.mp3 | Instrumentals | 2,277KB | Audio |
| girlblue@KaZaA | Rap- Instrumentals-Biggie - I Got A Story To Tell.mp3 | Notorius B.I.G. | 4,309KB | Audio |
| girlblue@KaZaA | Three Six Mafia - Chicken Head.mp3 | Project Pat | 1,602KB | Audio |
| girlblue@KaZaA | 2pac Feat Nate Dogg_Six-Two - Smile (explosive Remix -... | Tupac ft. Nate Dogg ,Six... | 3,716KB | Audio |
| girlblue@KaZaA | Wedding Singer - Grow Old With You.mp3 | Adam Sandler | 1,273KB | Audio |
| girlblue@KaZaA | Adina Howard - T-Shirt n Panties.mp3 | Adina Howard Feat. Jamie... | 4,532KB | Audio |
| girlblue@KaZaA | Instrumentals Luniz - I Got Five On It .mp3 | Instrumentals | 3,962KB | Audio |
| girlblue@KaZaA | Adam Sandler - Somebody Kill Me (Wedding Singer).mp3 | Adam Sandler | 2,181KB | Audio |
| girlblue@KaZaA | 03-Freeway-flipside_(instrumental)-cms.mp3 | Freeway | 5,486KB | Audio |
| girlblue@KaZaA | zapp and roger - Computer Love Instrumental.mp3 | zapp and roger | 5,033KB | Audio |
| girlblue@KaZaA | Mario feat. Biz Markie - Just A Friend 2002 (Remix).mp3 | mario | 2,542KB | Audio |
| girlblue@KaZaA | 03.Mario - Braid My Hair_copy.mp3 | Mario | 3,865KB | Audio |
| girlblue@KaZaA | mario - just a friend.mp3 | mario | 4,301KB | Audio |
| girlblue@KaZaA | the beatles - happy christmas happy new year.mp3 | Beatles | 5,599KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| girlblue@KaZaA | the beatles - happy christmas happy new year.mp3 | Beatles | 5,599KB | Audio | Happy Christmas |
| girlblue@KaZaA | Oasis - Wonderwall.mp3 | Oasis | 4,042KB | Audio | |
| girlblue@KaZaA | michael w. smith - I Can Only Imagine.mp3 | Micheal W Smith | 1,696KB | Audio | |
| girlblue@KaZaA | Dean Martin - Everybody Loves Somebody Sometimes.mp3 | Dean Martin | 2,542KB | Audio | Everybody Loves So |
| girlblue@KaZaA | Ann_Nancy Wilson- What About Love.mp3 | Heart | 2,639KB | Audio | |
| girlblue@KaZaA | Oldies - Blue Moon .mp3 | Oldies | 1,034KB | Audio | |
| girlblue@KaZaA | slow jams - cupid (1).mp3 | 112 | 2,976KB | Audio | |
| girlblue@KaZaA | Aaliyah- One in a million.mp3 | Aaliyah | 3,645KB | Audio | |
| girlblue@KaZaA | Aaliyah - Four Page Letter (1).mp3 | Aaliyah | 3,423KB | Audio | |
| girlblue@KaZaA | Aaliyah - Are You Feelin Me.mp3 | Aaliyah | 2,236KB | Audio | |
| girlblue@KaZaA | 112_-_Part_3_-_07_-_Peaches_and_Cream.Mpg | 112 | 39,678KB | Video | |
| girlblue@KaZaA | Aaliyah - If Your Girl Only Knew.mp3 | Aaliyah | 3,668KB | Audio | |
| girlblue@KaZaA | aaliyah - can i come over.mp3 | Aaliyah | 3,676KB | Audio | |
| girlblue@KaZaA | Gavin DeGraw - I Don't Wanna Be.mp3 | Gavin DeGraw | 3,322KB | Audio | |
| girlblue@KaZaA | 04 - Gavin DeGraw - Chariot Sampler - Crush.mp3 | Gavin DeGraw | 3,248KB | Audio | |
| girlblue@KaZaA | 02 - Gavin DeGraw - Chariot Sampler - Just Friends.mp3 | Gavin DeGraw | 3,279KB | Audio | |
| girlblue@KaZaA | Gavin_DeGraw_-_Against_All_Odds.mp3 | Gavin DeGraw | 2,862KB | Audio | |
| girlblue@KaZaA | Gavin DeGraw - Anyway.mp3 | Gavin DeGraw | 2,348KB | Audio | |
| girlblue@KaZaA | Sisqo - Incomplete (1).mp3 | Dru Hill | 1,073KB | Audio | |
| girlblue@KaZaA | Lady Shaw - It Wasnt Me (Remix).mp3 | Lady Shaw | 3,229KB | Audio | Son Of A Bitch (answer back to S |
| girlblue@KaZaA | Shaggy - It Wasnt Me.mp3 | Shaggy | 2,669KB | Audio | |
| girlblue@KaZaA | OLD SCHOOL-Color Me Badd - I Wanna Sex You Up.mp3 | Color Me Bad | 3,366KB | Audio | |
| girlblue@KaZaA | Copy of Dru Hill - 5 Steps.mp3 | Dru Hill | 5,363KB | Audio | |
| girlblue@KaZaA | 10 - I Love You - Dru Hill - Dru World Order.mp3 | Dru Hill | 4,902KB | Audio | 10 - I Love You - Dru H |
| girlblue@KaZaA | Atlantic Star - Secret Lovers.mp3 | Atlantic Starr | 3,823KB | Audio | |
| girlblue@KaZaA | Kirk Franklin - Brighter Day.mp3 | Kirk Franklin | 5,326KB | Audio | |
| girlblue@KaZaA | Kirk Franklin, R.mp3 | R. Kelly, Mary J. Blige, Bo... | 6,012KB | Audio | |
| girlblue@KaZaA | Kurt Carr - In The Sanctuary.mp3 | Kirk Franklin | 4,398KB | Audio | |
| girlblue@k.aZaA | Whitney Houston - Amazing Grace.mp3 | Whitney Houston | 4,872KB | Audio | |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | Whitney Houston - Amazing Grace.mp3 | Whitney Houston | 4,872KB | Audio |
| girlblue@KaZaA | Kirk Franklin - Why We Sing.mp3 | Kirk Franklin | 5,506KB | Audio |
| girlblue@KaZaA | Sister Act 2 - His Eye Is On the Sparrow.mp3 | Kirk Franklin | 3,171KB | Audio |
| girlblue@KaZaA | Bump N Grind - R. Kelly.mp3 | R. Kelly | 3,963KB | Audio |
| girlblue@KaZaA | kirk Franklin - melodies from heaven.mp3 | Kirk Franklin | 4,286KB | Audio |
| girlblue@KaZaA | 03 - Gavin DeGraw - Chariot Sampler - Chariot.mp3 | Gavin DeGraw | 3,809KB | Audio |
| girlblue@KaZaA | Follow Through.mp3 | Gavin DeGraw | 3,758KB | Audio |
| girlblue@KaZaA | Fefe Dobson - Rock It Till You Drop It.mp3 | Fefe Dobson | 5,753KB | Audio |
| girlblue@KaZaA | 50 cents and 2 Pac Wanstas remix.mp3 | 50 Cents Feat 2pac | 3,694KB | Audio |
| girlblue@KaZaA | Tupac - Against All Odds.mp3 | 2Pac Makaveli | 4,326KB | Audio |
| girlblue@KaZaA | Tupac remix Phil Collins.mp3 | Tu pac + Phill Collins | 4,942KB | Audio |
| girlblue@KaZaA | Snoop Doggy Dogg and Tupac - Still Not a Player (remix) (1... | Tupac | 3,486KB | Audio |
| girlblue@KaZaA | HIP HOP ___ Tu Pac - Pain (Unreleased).mp3 | Tupac | 4,259KB | Audio |
| girlblue@KaZaA | Tupac - rather be your n.i.g.g.a.mp3 | Tu pac | 3,966KB | Audio |
| girlblue@KaZaA | 2PAC- 7 DAY THEORY WHY HE'S ALIVE (1) (1).mpg | 2pac | 10,780KB | Video |
| girlblue@KaZaA | 2Pac - Do For Love.mpg | Tupac Shakur Feat Jon B | 45,213KB | Video |
| girlblue@KaZaA | Puff Daddy - I'll Be Missing You (Changes Remix) (Tupac Tr... | Tupac | 5,875KB | Audio |
| girlblue@KaZaA | Tupac and Jon B - R U Still Down.mp3 | Jon B ,2pac | 4,150KB | Audio |
| girlblue@KaZaA | Rap Tupac; Juvinile_Notorious Big Remix).mp3 | Juvenile, 2Pac, Biggie | 3,509KB | Audio |
| girlblue@KaZaA | Tupac - Do For Love.mp3 | Tupac feat. Jon B | 4,417KB | Audio |
| girlblue@KaZaA | Tupac-Makaveli - Unreleased -3 - 01 - One Nation -w Storm... | Tu Pac | 2,469KB | Audio |
| girlblue@KaZaA | TuPac - Thug 4 Life (Unreleased).mp3 | Tu Pac | 3,405KB | Audio |
| girlblue@KaZaA | rap - Tupac - (Unreleased) - Makavelli 15.mp3 | Makaveli/Tupac | 3,448KB | Audio |
| girlblue@KaZaA | Tupac - Makaveli 7 - Resurrection - 11 - Thug Mentality (Fe... | 2pac | 3,711KB | Audio |
| girlblue@KaZaA | Rap - Tupac - Makavelli 9 - High till I Die (unreleased).mp3 | Tu Pac | 3,865KB | Audio |
| girlblue@KaZaA | 03 Makaveli - Tear Drops And Closed Caskets.mp3 | Tupac Shakur (Makaveli) | 4,531KB | Audio |
| girlblue@KaZaA | DMX+Tupac Background.jpg | 2pac | 33KB | Image |
| girlblue@KaZaA | 2Pac Greatest Hits - Tupac Shakur - Unconditional Love.mp3 | Tupac Shakur | 2,816KB | Audio |
| girlblue@KaZaA | Adam Sandler - I hate you Linda.mp3 | Adam Sandler | 1,762KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | Adam Sandler - I hate you Linda.mp3 | Adam Sandler | 1,762KB | Audio |
| girlblue@KaZaA | Adam Sandler - You Spin Me Right Round Baby.mp3 | Adam Sandler | 2,980KB | Audio |
| girlblue@KaZaA | Adam Sandler - Love Stinks (weding Singer).mp3 | Adam Sandler | 1,324KB | Audio |
| girlblue@KaZaA | pot comedy POTHEAD ANTHEM.mp3 | Weed Songs | 1,037KB | Audio |
| girlblue@KaZaA | adam sandler - the christmas song.mp3 | Adam Sandler | 645KB | Audio |
| girlblue@KaZaA | Adam Sandler - Weed Song.MP3 | Adam Sandler | 2,056KB | Audio |
| girlblue@KaZaA | Adam Sandler - The Thanksgiving Song.mp3 | Adam Sandler | 3,527KB | Audio |
| girlblue@KaZaA | Adam Sandler - Toll Booth Willy.mp3 | Adam Sandler | 3,566KB | Audio |
| girlblue@KaZaA | The Taliban can (Candyman can Parody).mp3 | Adam Sandler | 1,917KB | Audio |
| girlblue@KaZaA | Adam Sandler - Piece of Shit Car (1).mp3 | Adam Sandler | 3,686KB | Audio |
| girlblue@KaZaA | Adam Sandler - Hannukah Song.mp3 | Adam Sandler | 3,545KB | Audio |
| girlblue@KaZaA | Adam Sandler - Knocking On Heavens Door.mp3 | Adam Sandler | 1,448KB | Audio |
| girlblue@KaZaA | Chicano Love.wma | Spanish Fly _Lil Rob | 1,938KB | Audio |
| girlblue@KaZaA | Oldies - Going to the Chapel of Love.mp3 | Oldies | 2,661KB | Audio |
| girlblue@KaZaA | Lowrider Oldies-Smokey Robinson - Cruisin'.mp3 | Smokey Robinson | 5,562KB | Audio |
| girlblue@KaZaA | Oldies - Locomotion.mp3 | Oldies | 2,308KB | Audio |
| girlblue@KaZaA | Temptations - Earth Angel.mp3 | Temptations, The | 2,802KB | Audio |
| girlblue@KaZaA | ACapella - Oldies - The Temptations - In the Still of the Nig... | Boys II Men | 2,641KB | Audio |
| girlblue@KaZaA | Elvis Presley - I'm All Shook Up.mp3 | Elvis Presley | 2,032KB | Audio |
| girlblue@KaZaA | Oldies - Frankie Vallie - Can't take my eyes of off you.mp3 | Oldies | 3,538KB | Audio |
| girlblue@KaZaA | Simply Red - If You Don't Know Me By Now.mp3 | Simply Red | 3,215KB | Audio |
| girlblue@KaZaA | Yellow Card - Ocean Avenue.wma | Yellowcard | 3,119KB | Audio |
| girlblue@KaZaA | FefeDobson_DontGo(GirlsAndBoys).mp3 | Fefe Dobson | 3,110KB | Audio |
| girlblue@KaZaA | dj sammy - we're in heaven (techno remix).mp3 | Dj sammy | 3,634KB | Audio |
| girlblue@KaZaA | Norah Jones - Don't Know Why.mp3 | Norah Jones | 2,911KB | Audio |
| girlblue@KaZaA | Mase- Welcome Back .mp3 | Mase | 4,151KB | Audio |
| girlblue@KaZaA | maroon 5 - she will be loved (3).mp3 | Maroon 5 | 3,524KB | Audio |
| girlblue@KaZaA | Confession Part II.mp3 | Usher | 3,138KB | Audio |
| girlblue@KaZaA | Jon B-They Just Don't Know.mp3 | Jon B. | 4,292KB | Audio |

Found 744 files    2,677,680 users online, sharing 1,369,213,763 files (36,492,288 GB) | Not sharing any files

**Kazaa - [Search]**

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| girlblue@KaZaA | Adam Sandler - Piece of Shit Car (1).mp3 | Adam Sandler | 3,686KB | Audio |
| girlblue@KaZaA | Adam Sandler - Hannukah Song.mp3 | Adam Sandler | 3,545KB | Audio |
| girlblue@KaZaA | Adam Sandler - Knocking On Heavens Door.mp3 | Adam Sandler | 1,448KB | Audio |
| girlblue@KaZaA | Chicano Love.wma | Spanish Fly _Lil Rob | 1,938KB | Audio |
| girlblue@KaZaA | Oldies - Going to the Chapel of Love.mp3 | Oldies | 2,661KB | Audio |
| girlblue@KaZaA | Lowrider Oldies-Smokey Robinson - 'Cruisin'.mp3 | Smokey Robinson | 5,562KB | Audio |
| girlblue@KaZaA | Oldies - Locomotion.mp3 | Oldies | 2,308KB | Audio |
| girlblue@KaZaA | Temptations - Earth Angel.mp3 | Temptations, The | 2,802KB | Audio |
| girlblue@KaZaA | ACapella - Oldies - The Temptations - In the Still of the Nig… | Boys II Men | 2,641KB | Audio |
| girlblue@KaZaA | Elvis Presley - I'm All Shook Up.mp3 | Elvis Presley | 2,032KB | Audio |
| girlblue@KaZaA | Oldies - Frankie Vallie - Can't take my eyes of off you.mp3 | Oldies | 3,538KB | Audio |
| girlblue@KaZaA | Simply Red - If You Don't Know Me By Now.mp3 | Simply Red | 3,215KB | Audio |
| girlblue@KaZaA | Yellow Card - Ocean Avenue.wma | Yellowcard | 3,119KB | Audio |
| girlblue@KaZaA | FefeDobson_DontGo(GirlsAndBoys).mp3 | Fefe Dobson | 3,110KB | Audio |
| girlblue@KaZaA | dj sammy - we're in heaven (techno remix).mp3 | Dj sammy | 3,634KB | Audio |
| girlblue@KaZaA | Norah Jones - Don't Know Why.mp3 | Norah Jones | 2,911KB | Audio |
| girlblue@KaZaA | Mase- Welcome Back .mp3 | Mase | 4,151KB | Audio |
| girlblue@KaZaA | maroon 5 - she will be loved (3).mp3 | Maroon 5 | 3,524KB | Audio |
| girlblue@KaZaA | Confession Part II.mp3 | Usher | 3,138KB | Audio |
| girlblue@KaZaA | Jon B-They Just Don't Know.mp3 | Jon B. | 4,292KB | Audio |
| girlblue@KaZaA | Elvis Presley - Always On My Mind (1).mp3 | Elvis Presley | 3,290KB | Audio |
| girlblue@KaZaA | Gd Up.wma | El Produkto | 2,096KB | Audio |
| girlblue@KaZaA | Trina - 69 Ways.mp3 | Trina | 2,502KB | Audio |
| girlblue@KaZaA | 50 Cent - 21 Questions.mpg | 50 Cents f/ Nate Dog | 36,254KB | Video |
| girlblue@KaZaA | Mario - Just a Friend (Remix).wav | Mario | 634KB | Audio |
| girlblue@KaZaA | Mario feat.mp3 | Mario f/ Biz Markie | 2,542KB | Audio |
| girlblue@KaZaA | classical - Old Irish Blessing.mp3 | Celtic | 2,399KB | Audio |
| girlblue@KaZaA | queen - new york.mp3 | Queen | 1,188KB | Audio |
| girlblue@KaZaA | Soundtrack - Highlander - Queen - A kind of Magic - 11 - O… | Queen | 6,072KB | Audio |

Found 744 files | 2,677,680 users online, sharing 1,369,213,763 files (36,492,286 GB) | Not sharing any files